No. 75–130. QUINN, COMMISSIONER, CHICAGO FIRE DEPARTMENT *v.* MUSCARE. C. A. 7th Cir. [Certiorari granted, 423 U. S. 891.] Motions of Illinois Division of American Civil Liberties Union and coalition of American Public Employees for leave to file briefs as *amici curiae* granted.

No. 75–246. UNITED STATES *v.* HOPKINS. Ct. Cl. [Certiorari granted, 423 U. S. 821.] Motion of the Solicitor General to permit Robert B. Reich, Esquire, to present oral argument *pro hac vice* granted.

No. 75–251. FITZPATRICK ET AL. *v.* BITZER, CHAIRMAN, EMPLOYEES' RETIREMENT COMMISSION, ET AL.; and

No. 75–283. BITZER, CHAIRMAN, EMPLOYEES' RETIREMENT COMMISSION, ET AL. *v.* MATTHEWS ET AL. C. A. 2d Cir. [Certiorari granted, 423 U. S. 1031.] Motion of petitioners in No. 75–251 and of respondents in No. 75–283 for additional time for oral argument denied.

No. 75–252. MEACHUM, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* FANO ET AL. C. A. 1st Cir. [Certiorari granted, 423 U. S. 1013.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose.

No. 75–260. McDONALD ET AL. *v.* SANTA FE TRAIL TRANSPORTATION CO. ET AL. C. A. 5th Cir. [Certiorari granted, 423 U. S. 923.] Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 75–6019. NELSON *v.* GAGNON, WARDEN; and

No. 75–6133. BOWERSKI *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.